■ In the Matter of ERNEST JONES, Appellant, v EVONE McCULLOUGH, Respondent. [704 NYS2d 771] —Order unanimously affirmed without costs. Memorandum: Family Court properly denied the objections of petitioner to the Hearing Examiner's order denying his petition for a downward modification of child support and granting respondent's cross petition for an upward modification of child support. The Hearing Examiner properly determined that respondent established a change of circumstances warranting the increase in the best interests of the children (*see, Matter of Michaels v Michaels,* 56 NY2d 924, 926). The record establishes that the combination of respondent's income and the payments received from petitioner is inadequate to meet the children's needs (*see, Matter of Brescia v Fitts,* 56 NY2d 132, 140; *Matter of Gianniny v Gianniny,* 256 AD2d 1079). The remaining contentions of petitioner were not raised in his objections to the Hearing Examiner's order and are thus beyond the scope of appellate review (*see, Matter of Ouimet v Ouimet,* 193 AD2d 1099). (Appeal from Order of Monroe County Family Court, Bonadio, J.—Support.) Present—Pigott, Jr., P. J., Green, Wisner, Scudder and Kehoe, JJ.